UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA TAYLOR,

       Plaintiff,

Case No. 23-cv-12971
Hon. Matthew F. Leitman

v.

McLAREN HEALTH
CARE CORPORATION,

       Defendant.
_____/

### ORDER PROHIBITING FILINGS IN THIS ACTION UNTIL FURTHER ORDER OF THE COURT

On November 21, 2023, Plaintiff Linda Taylor filed this putative class action against Defendant McLaren Health Care Corporation. (*See* Compl., ECF No. 1.) The Court intends to hold a status conference to discuss next steps in this case. Until the Court holds that status conference, and until further order of the Court, there shall be no filings in this action other than attorney appearances. In other words, McLaren need not answer or otherwise respond to the Complaint prior to the status conference.

**IT IS SO ORDERED**.

                                                            s/Matthew F. Leitman
                                                            MATTHEW F. LEITMAN
                                                            UNITED STATES DISTRICT JUDGE

Dated: January 29, 2024

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 29, 2024, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126