UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LINDA TAYLOR,

    Plaintiff,

Case No. 23-cv-12971
Hon. Matthew F. Leitman

v.

MCLAREN HEALTH CARE
CORPORATION,

    Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 21, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 21, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126